Scotta E. McFarland (CA Bar No. 165391)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310.277.6910
Facsimile: 310.201.0760

Counsel for Dana Holdings Corporation, indirect parent of
CP Product Inc. as successor to
Ace Electric Company, Inc., Claimant herein

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| In re:<br><br>JMS AUTOMOTIVE REBUILDERS, INC.,<br><br>Debtor | Case No.: 2:98-56224-EC<br><br>Chapter 7<br><br>**NOTICE OF MOTION AND MOTION FOR ORDER RELEASING UNCLAIMED DIVIDEND; DECLARATION OF DONALD W. COMMONS**<br><br>[NO HEARING REQUIRED] |
|---|---|

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Rule 3011, 11 U.S.C. §347, and 28 U.S.C. §2041, Dana Holding Corporation and its indirect, wholly owned subsidiary CP Product Inc., successor to Ace Electric, LLC ("Ace"), hereby request the release of the unclaimed dividend due to Ace in the amount of $8,853.93. Ace filed an unsecured claim in this matter in the amount of $1,061,869.85. A copy of the Claims Register reflecting that claim is attached hereto as Exhibit "A".

According to the Notice of Unclaimed Dividends, attached hereto as Exhibit "B", filed by R. Todd Neilson, the chapter 7 trustee in this case (the "Trustee"), Ace, on account of its allowed claim (denominated as Claim 000A19), was to receive a distribution in this case in the amount of $8,853.93. Upon the inquiry of counsel to the Trustee, it appears that the Trustee did not have a

17290-001\DOCS_LA:178240.1

valid address for Ace, and as a result the distribution of that amount to Ace pursuant to its allowed claim never occurred and the funds were deposited with the Clerk of the United States Bankruptcy Court.

Through a series of organization changes and mergers, Ace was merged into CP Product Inc. CP Product Inc. is, therefore, the successor to Ace. Dana and CP Product, Inc. respectfully suggest that equity will be served by disbursing the $8,853.93 from the amount that the Clerk is holding as a result of the Trustee's deposit of unclaimed funds to CP Product Inc., as successor to Ace. The distribution should be forwarded to CP Product Inc., c/o Donald W. Commons, Esq., Dana Limited, 4500 Dorr Street, Toledo, Ohio, 43615.[1]  The tax ID number for Ace is 42-1009671.

**PLEASE TAKE FURTHER NOTICE** that the Motion is based on the attached Declaration of Donald W. Commons in Support of this Motion, Exhibit "B", which is the Notice of Unclaimed Dividends filed in this case by the Trustee and other admissible evidence properly brought before the Court at a hearing if one is required or before any hearing on this Motion. In addition, the Debtor requests that the Court take judicial notice of all documents filed with the Court in this case.

**PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rule 9013-1(g)(1) requires that any response to the Motion and request for hearing shall be filed with the Bankruptcy Court and served upon counsel for the Debtor at the address appearing on the upper-left hand corner of the caption page to this Motion within fifteen (15) days of the date of service of the Motion. Pursuant to Local Bankruptcy Rule 9013-1(a)(11), the failure to timely file and serve written opposition may be deemed by the Court to be consent to the granting of the relief requested in the Motion.

Dated: February 6, 2008                    PACHULSKI STANG ZIEHL & JONES LLP


By     /s/ *Scotta E. McFarland*
       Scotta E. McFarland
       Attorneys for Dana Corporation, parent of
       CP Product Inc., successor to Ace Electric

       Counsel for Ace Electric, LLC, a subsidiary
       of Dana Corporation

---

[1] Dana Limited is a direct and wholly owned subsidiary of Dana Holding Corporation.

17290-001\DOCS_LA:178240.1                    2

EXHIBIT A

U.S. Bankruptcy Court (v3.1 - LIVE) - Modify the description for an existing ...    Page 1 of 1

# Central District Of California
# Claims Register

**2:98-bk-56224-EC** Jins Automotive Rebuilders, Inc **CASE CONVERTED on 04/02/1999**

| Judge: Ellen Carroll | Chapter: 7 |
|---|---|
| Office: Los Angeles | Last Date to file claims: |
| Trustee: R. Todd Neilson | Last Date to file (Govt): |

| Creditor: (15457177)<br>ACE ELECTRIC, LLC<br>501 S. EAST AVENUE<br>COLUMBUS, KS 66725 | Claim No: 1909<br>Filed: 09/16/1999<br>Entered: 09/17/1999 | Status:<br>Filed by: CR<br>Entered by: Bankruptcy User, Generic/Former<br>Modified: 09/17/1999 |
|---|---|---|
| Unsecured claimed: $1061869.85<br>Secured claimed: $0.00<br>Priority claimed: $0.00<br>Unknown claimed: $0.00<br>Admin claimed: $0.00<br>Total claimed: $1061869.85 | | |
| History:<br>1909-1 09/16/1999 Claim #1909 filed by ACE ELECTRIC, LLC, total amount claimed: $1061869.85 (Bankruptcy User, Generic/Former) | | |

**EXHIBIT B**

R. Todd Neilson
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 556-0709
Facsimile: (310) 556-0766

Chapter 7 Trustee

FILED
NOV - 8 2007

ORIGINAL

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

In re                                    ) Case No. 2:98-56224 EC
                                         ) Chapter 7
INC JMS AUTOMOTIVE REBUILDERS            )
AUTOMOTIVE PARTS EXCHANGE                )
                                         ) **NOTICE OF UNCLAIMED**
                                         ) **DIVIDENDS**
                                         ) **3011**
                  Debtor.                )

**TO JON D. CERETTO, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto is check 871 in the sum of $72,031.25 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: November 7, 2007

_____
R. TODD NEILSON
Chapter 7 Trustee

-1-

## ATTACHMENT NO. 2

### LISTING OF DIVIDEND PAYMENTS
### (EACH CREDITOR CLASS SHOULD BE LISTED SEPARATELY)

CLASS OF CREDITOR BEING PAID:   Bankruptcy Procedure 3011

PERCENTAGE PAID ON CLAIM:   52.00765%

AMOUNT/BALANCE TO DISTRIBUTE:   $72,031.25

| CLAIM NUMBER | NAME & ADDRESS OF CLAIMANT | AMOUNT OF ALLOWED CLAIM | DISTRIBUTION PAYMENT |
|---|---|---|---|
| 000030 | GOLLADAY TERRY<br>162 NORTH PINEVIEW DR<br>CHANDLER, AZ 85226 | $3,437.50 | $1,025.28 |
| 000050 | MEJIA PEDRO<br>1329 LAS LOMAS<br>YUMA, AZ 85364 | $1,200.00 | $357.92 |
| 000088 | ROSALES GUILLERMO<br>915 SOUTH 7TH AVE<br>YUMA, AZ 85364 | $2,928.75 | $873.53 |
| 000260 | MARTINEZ NELSON<br>13582 52ND STREET<br>YUMA, AZ 85367 | $4,800.00 | $1,431.67 |
| 000281 | JOSE R. MEZA<br>P.O. BOX 9318<br>SAN LUIS, AZ 85349 | $1,854.00 | $552.98 |
| 000365 | ESQUER ANGEL<br>243 FIRST ST<br>BOX 45005<br>CALEXICO, CA 92232 | $2,384.00 | $711.06 |
| 000397 | RUBALCABA LEONEL<br>1350 WEST 5TH ST 207<br>YUMA, AZ 85364 | $1,936.00 | $577.45 |
| 000461 | FRANCO TIMOTEO<br>1040 1 2 FIRST AVE<br>YUMA, AZ 85364 | $2,688.00 | $801.72 |
| 000464 | GONZALEZ JOSE<br>PO BOX 6901<br>SAN LUIS, AZ 85349 | $1,980.00 | $590.57 |
| 000505 | RENDON JUAN<br>907 SOUTH MYRTLE AVE<br>YUMA, AZ 85364 | $2,112.00 | $629.94 |
| 000574 | MARCO A. MARTINEZ<br>POB 1407<br>SAN LUIS, AZ 85349 | $1,920.00 | $572.67 |
| 000579 | FLORES JESUS<br>828 ASH DR<br>YUMA, AZ 85364 | $2,400.00 | $715.82 |
| 000583 | RAUL MARTINEZ<br>POB 1407<br>SAN LUIS, AZ 85349 | $2,096.00 | $625.17 |
| 000591 | CARLOS ADAME<br>1202 W 1ST ST<br>YUMA, AZ 85364 | $2,352.00 | $701.52 |

| | | | |
|---|---|---|---|
| 000612 | JOSE ANTONIO HERNANDEZ<br>P.O. BOX 6921<br>SAN LUIS, AZ 85349 | $2,384.00 | $711.06 |
| 000628 | JORGE MORALES<br>POB 1398<br>WINTERHAVEN, CA 92283 | $1,888.00 | $563.11 |
| 000633 | FRANCISCO ADAME<br>1202 W 1ST ST<br>YUMA, AZ 85364 | $2,160.00 | $644.25 |
| 000638 | SALVADOR-PARRA<br>POB 4554<br>SAN LUIS, AZ 85349 | $2,256.00 | $672.89 |
| 000648 | HERNANDEZ MOISES<br>1635 3RD ST SP 19<br>YUMA, AZ 85364 | $2,032.00 | $606.08 |
| 000659 | PALAFOX CARLOS<br>PO BOX 449<br>SOMERTON, AZ 85350 | $2,048.00 | $610.84 |
| 000770 | JUAN M. CARLOS<br>2545 W 8 ST<br>YUMA, AZ 85364 | $2,528.00 | $754.00 |
| 000885 | ANCHLO JESUS<br>PO BOX 3831<br>SAN LUIS, AZ 85349 | $1,920.00 | $572.66 |
| 000937 | ARNULFO DUARTE NAJERA<br>PO BOX N-1677<br>SAN LUIS, AZ 85349-1677 | $3,280.00 | $978.32 |
| 000996 | CHAVEZ, JAIME I.<br>3271 W 1ST ST<br>SP#3<br>YUMA, AZ 85364 | $2,384.00 | $711.06 |
| 000A19 | GOLDGATE INTERNATIONAL INC. | $110,682.00 | $3,097.88 |
| 000A19 | IPM SERVICES CORP | | $4,426.97 |
| 000A19 | ACE ELECTRIC | | $8,853.93 |
| 001023 | MIGUEL A Z TORRES<br>P O BOX 990 557<br>SAN LUIS, AZ 85349 | $2,560.00 | $763.54 |
| 001082 | ZAVALA MARIA<br>2686 S. MADISON AVENUE<br>YUMA, 85364-7309 | $2,160.00 | $644.26 |
| 001083 | HERNANDEZ JUAN<br>1975 1ST AVE APT A<br>YUMA, AZ 85364 | $3,008.00 | $897.17 |
| 001108 | MARTIN RUIZ S.<br>PMB #1026<br>POB 7410<br>SAN LUIS, AZ 85349 | $1,648.00 | $491.54 |
| 001122 | SALVADOR LUEVANOS<br>661 E 32ND ST #42<br>YUMA, AZ 85365 | $1,920.00 | $572.67 |
| 001131 | JULIO CESAR INDA<br>P.O. BOX 2045<br>YUMA, AZ 85349 | $1,840.00 | $548.80 |
| 001142 | DIAZ RAYMUNDO A<br>2226 SOUTH ARIZONA AVE<br>YUMA, AZ 85364 | $3,376.00 | $1,006.93 |

| # | Claim | Name / Address | Amount | Amount 2 |
|---|---|---|---|---|
| 1 | 001159 | MARTHA GALVIN<br>1370 W 1ST ST<br>YUMA, AZ 85364 | $1,776.00 | $529.71 |
| 2 | 001182 | JESUS VALDEZ<br>PO BOX 4503<br>SAN LUIS, AZ 95349 | $2,240.00 | $668.11 |
| 3 | 001190 | CERVANTES CARLOS C<br>160 NORTH 19TH AVE 68<br>YUMA, AZ 85364 | $1,648.00 | $491.54 |
| 4 | 001200 | JORGE DE JESUS ALFARO CORRALES<br>PMB 20103<br>337 E. FIRST ST<br>CALEXICO, CA 92231-2731 | $1,968.00 | $586.98 |
| 5 | 001202 | PEDRO NUNES<br>141-3RD ST<br>MSC 226<br>CALEXICO, CA 92231-0226 | $4,300.00 | $1,282.53 |
| 6 | 001208 | GONZALEZ EVA SUSANA<br>1890 WEST COLORADO ST<br>YUMA, AZ 85364 | $1,648.00 | $491.54 |
| 7 | 001228 | GUZMAN ENRIQUE<br>PO BOX 8628<br>SAN LUIS, AZ 85349 | $1,712.00 | $510.64 |
| 8 | 001247 | MONTEVERDE GUADALUPE<br>PO BOX 6709<br>YUMA, AZ 85364 | $1,776.00 | $529.71 |
| 9 | 001248 | MARTHA E. NATAL<br>8222 COCONINO LANE<br>YUMA, AZ 85364 | $1,760.00 | $524.95 |
| 10 | 001251 | EZEQUIEL DEANDA<br>CALLE 27 DOMICILIO 2421<br>YUMA, AZ 85364 | $3,040.00 | $906.73 |
| 11 | 001267 | CRISPIN GONZALES<br>PMB 1580<br>PO BOX 7410<br>SAN LUIS, AZ 85349 | $2,000.00 | $596.52 |
| 12 | 001271 | SALAS GABRIEL<br>PO BOX 6882<br>SAN LUIS, AZ 85349 | $2,192.00 | $653.80 |
| 13 | 001274 | JOSE FRANCISCO ADAME O.<br>1202 W 1ST ST<br>YUMA, AZ 85364 | $2,960.00 | $882.86 |
| 14 | 001284 | ZAMORA RIGOBERTO<br>PO BOX N810 A<br>SAN LUIS, AZ 85349 | $2,160.00 | $644.25 |
| 15 | 001304 | GAXIOLA MARTIN<br>PO BOX 2913 64<br>SAN LUIS, AZ 85349 | $1,648.00 | $491.54 |
| 16 | 001332 | DIAZ JOSE<br>P.O. BOX 1062<br>SOMERTON, AZ 85350 | $2,016.00 | $601.30 |
| 17 | 001401 | JOSE RUBEN EGURROLA ANDRE<br>POB 531<br>GADSDEN, AZ 85336 | $1,842.00 | $549.41 |

| | | | | |
|---|---|---|---|---|
| 1 | 001421 | CASTILLO JULIO<br>POB 3587<br>SAN LUIS, AZ 85349 | $2,400.00 | $715.82 |
| 2 | 001452 | BONILLAS FERNANDO<br>1325 WEST 14TH ST<br>YUMA, AZ 85364 | $2,656.00 | $792.19 |
| 3 | 001453 | JESUS ELIZANAROS<br>PO BOX 488<br>WINTERHAVEN, CA 92283 | $2,112.00 | $629.94 |
| 4 | 001456 | ANTONIO MONTES<br>PMB 636<br>PO BOX 6810<br>SAN LUIS, AZ 85349 | $2,048.00 | $610.84 |
| 5 | 001476 | SALINAS DAVID<br>PO BOX 288<br>WINTERHAVEN, CA 92283 | $2,128.00 | $634.70 |
| 6 | 001478 | ROMERO FRANCISCO<br>1202 WEST 1ST STREET<br>YUMA, AZ 85364 | $2,600.00 | $775.48 |
| 7 | 001509 | ESTEBAN EGURROLA C.<br>P.O. BOX 6858<br>SAN LUIS, AZ 85349 | $1,952.00 | $582.21 |
| 8 | 001519 | HERNANDEZ SERRATO MARIA ROSARIO<br>P.O. BOX 4120<br>SAN LUIS, AZ 85349 | $1,648.00 | $491.54 |
| 9 | 001541 | DAVID GARCIA ANDRADE<br>193 N 8TH AVE<br>YUMA, AZ 85364 | $2,720.00 | $811.28 |
| 10 | 001547 | SUAREZ JOSE<br>941 EADY ST<br>CALEXICO, CA 92231 | $2,000.00 | $596.52 |
| 11 | 001552 | SALVADOR DE LA TORRES<br>PO BOX 367<br>GADSDEN, AZ 85336 | $1,840.00 | $548.80 |
| 12 | 001559 | RIGOBERTO GARCIA ENCINAS<br>PO BOX P-492<br>SAN LUIS, AZ 85349 | $1,840.00 | $548.80 |
| 13 | 001597 | MARIANA DIAS<br>503 S AVE A<br>YUMA, AZ 85364 | $2,158.00 | $643.66 |
| 14 | 001632 | JOSE PAREDES<br>P.O. BOX 6108<br>SAN LUIS, AZ 85349 | $2,620.00 | $781.45 |
| 15 | 001703 | JULIAN CASTILLO<br>903 S 1ST AVE<br>YUMA, AZ 85364 | $1,776.00 | $529.71 |
| 16 | 001719 | MANUEL J. TORUA<br>541 MESQUITE AVE<br>HOLTVILLE, CA 92250 | $3,192.00 | $952.07 |
| 17 | 001749 | RICARDO JIMENEZ MARTINEZ<br>82297 TANQUITZ<br>INDIO, CA 92201 | $2,080.00 | $620.38 |
| 18 | 001751 | MARIBEL MARTINEZ<br>1108 CALLE DE DORMIR APT #2<br>MC ALLEN, TX 78503 | $1,680.00 | $501.08 |

| # | ID | Name / Address | Amount | Amount |
|---|---|---|---|---|
| 1 | 001761 | ZARAGOZA RIGOBERTO<br>23 HEFFERMAN<br>BOX 9015 461<br>CALEXICO, CA 92231 | $4,300.00 | $1,282.53 |
| 2-3 | 001777 | JULIO RICO BECERRA<br>PO BOX 990-763<br>SAN LUIS, AZ 85349 | $1,808.00 | $539.26 |
| 4 | 001778 | JOSE G. VELAZQUEZ<br>PO BOX 6288<br>SAN LUIS, AZ 85349 | $2,592.00 | $773.11 |
| 5-6 | 001782 | GONZALEZ REYMUNDO<br>482 S 2ND AVE<br>YUMA, AZ 85364 | $2,384.00 | $711.06 |
| 7 | 001783 | GONZALEZ REYMUNDO<br>482 SOUTH 2ND AVENUE<br>YUMA, AZ 85364 | $2,160.00 | $644.26 |
| 8-9 | 001785 | JOSE ZABALZA<br>1813 S 11TH AVE<br>YUMA, AZ 85364 | $3,520.00 | $1,049.89 |
| 10 | 001836 | MARCOS SALCEDO G.<br>1946 S. WALNUT AVE.<br>YUMA, AZ 85364-5734 | $2,800.00 | $835.12 |
| 11-12 | 001848 | ANTONIO GUTIERREZ<br>111 FIRST ST<br>PO BOX 15967<br>CALEXICO, CA 92231 | $1,648.00 | $491.54 |
| 13-14 | 001849 | EDUARDO AYALA<br>243 1ST STREET<br>BOX 45123<br>GREENFIELD, OH 45123 | $1,920.00 | $572.67 |
| 15-16-17 | 001851 | ZUNIGA MAURICIO<br>243 1ST ST<br>BOX 45241,<br>CALEXICO, CA 92231 | $2,720.00 | $811.28 |
| 18 | 001870 | AMIDOR ZANDOVAL<br>1887 2ND AVE<br>YUMA, AZ 85364 | $2,480.00 | $739.70 |
| 19-20 | 001882 | JAVIER JUAREZ<br>PO BOX 6810-447<br>SAN LUIS, AZ 85349 | $2,560.00 | $763.55 |
| 21 | 001888 | CARDIEL DELFINO<br>1946 WALNUT ST #37<br>YUMA, AZ 85364 | $2,784.00 | $830.35 |
| 22-23 | 001899 | JOSE ARTURO LOPEZ ESPINOZA<br>862 DATE AVENUE #E<br>YUMA, AZ 85364 | $1,648.00 | $491.54 |
| 24 | 001907 | GUADALUPE SANDOVAL<br>365 SOUTH 16TH AVE<br>YUMA, AZ 85364 | $1,648.00 | $491.54 |
| 25 | | **TOTALS:** | **$302,278.25** | **$72,031.25** |
| 26 | | **CASE NUMBER:** | 2:98-56224 EC | |

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I am over the age of 18 and not a party to the within action; and my business address is 2049 Century Park East, Suite 2300 Los Angeles, California 90067. NOTICE OF UNCLAIMED DIVIDENDS; on the interested parties at their last know address in this action by placing a true and correct copy thereof in sealed envelope with postage thereon fully prepared, certified with return receipt, in the United States Mail at Los Angeles, California, addressed as follows:

United States Trustee's Office
725 South Figueroa Street
26th Floor
Los Angeles, California 90017

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated: 11/7/07

ROWEN DIZON



## DECLARATION OF W. DONALD W. COMMONS

I, Donald W. commons, declare as follows:

1. I am the Senior Counsel of Dana Limited ("Dana"), and I am familiar with Dana's subsidiaries and the history of Ace Electric, LLC.

2. All facts set forth in this Declaration are based on my personal knowledge, information supplied to me by employees of Dana and its subsidiaries, upon my review of the books and records of Dana (the "Books and Records"), or upon my experience and knowledge of the Dana's financial operations and assets. If I were called to testify thereto, I could and would competently do so.

3. I submit this declaration in support of the *Motion for Order Releasing Unclaimed Dividend* (the "Motion"). All capitalized terms not defined herein have the meaning ascribed to them in the Motion.

4. Ace Electric, LLC ("Ace") filed an unsecured claim in this matter in the amount of $1,061,869.85. A true and correct copy of the Claims Register reflecting that claim is attached to the Motion as Exhibit "A".

5. Ace Electric, LLC changed its name to Ace Electric Company, Inc. ("Ace Inc."). Ace Inc. was merged into Preferred Technical Group, Inc. on November 11, 1997. Preferred Technical Group, Inc. merged into Preferred Technical Group, LLC on October 25, 2002. Preferred Technical Group, LLC merged into Coupled Products LLC on October 25, 2002. Coupled Products, LLC changed it name to CP Product, Inc. on September 21, 2007. CP Product, Inc. is, therefore, the successor to Ace.

6. The Tax ID number for Ace Inc. was 42-1009671. The Tax ID number for CP Product, Inc. is 16-1638371.

7. CP Product Inc. is an indirect, wholly-owned subsidiary of Dana Holdings Corporation. Dana Limited is a direct, wholly owned subsidiary of Dana Holdings Corporation.

8. Upon the inquiry of counsel to the Trustee, it appears that the Trustee did not have a valid address for Ace, and as a result the distribution of that amount to Ace pursuant to its allowed claim never occurred and the funds were deposited with the Clerk of the United States Bankruptcy

1  Court.

2      9.    The distribution should be forwarded to CP Product Inc., c/o Donald W. Commons,

3  Esq., Dana Limited, 4500 Dorr Street, Toledo, Ohio, 43615.

4  I declare that the foregoing is true and correct.

5  Executed this 6th day of February, 2008 at Toledo, Ohio.

*[signature]*

Donald W. Commons
Senior Counsel

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                       )
COUNTY OF LOS ANGELES  )

    I, Myra Kulick, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 11th Floor, Los Angeles, California 90067-4100.

    On February 6, 2008, I caused to be served the **NOTICE OF MOTION AND MOTION FOR ORDER RELEASING UNCLAIMED DIVIDEND; DECLARATION OF DONALD W. COMMONS** in this action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

*Please see attached Service List*

☑ **(BY MAIL)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY EMAIL)** I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

☑ **(BY NOTICE OF ELECTRONIC FILING)** I caused to be served the above-described document by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, for parties and/or counsel who are registered ECF Users.

☐ **(BY FAX)** I caused to be transmitted the above-described document by facsimile machine to the fax number(s) as shown. The transmission was reported as complete and without error. (Service by Facsimile Transmission to those parties on the attached List with fax numbers indicated.)

☐ **(BY PERSONAL SERVICE)** By causing to be delivered by hand to the offices of the addressee(s).

☐ **(BY OVERNIGHT DELIVERY)** By sending by _____ to the addressee(s) as indicated on the attached list.

    I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

    Executed on February 6, 2008, at Los Angeles, California.

                                                                  /s/ Myra Kulick
                                                                      Myra Kulick

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

17290-001\DOCS_LA:178240.1            1

**Service List**

Office of the U.S. Trustee
725 South Figueroa Street
26th Floor
Los Angeles, CA 90017

R. Todd Neilson
LECG, LLP
2049 Century Park East
Suite 2300
Los Angeles, CA 90067