FILED JUN - 4 2008

ENTERED JUN - 5 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

In re                                 )   Case No. LA98-56224EC
                                      )   ORDER TO PAY UNCLAIMED FUNDS
    JMS AUTOMOTIVE              )
    REBUILDERS                         )
                                      )
                                      )
        Debtor (s)                    )
                                      )

It appears that a check made payable to FERNANDO BONILLAS in the amount of $792.19, was not presented and paid within the ninety days provided for in Bankruptcy Code §347. An unclaimed funds report was filed by the trustee on November 8, 2007 to close the account and transfer the monies to the Clerk, United States Bankruptcy Court, for deposit with the United States Treasury.

It further appears that FERNANDO BONILLAS c/o The Financial Resources Group, Inc. now claims the above monies in an application filed with this court.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $792.19 to FERNANDO BONILLAS c/o The Financial Resources Group, Inc., 700 Mechem Drive, Suite 8B, Ruidoso, NM 88345.

_Ellen Carroll_  6/4/08
United States Bankruptcy Judge    Date
JUDGE - REV. 04/00